**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY ORSAK and JOSEPH ORSAK, | CASE NO.  SACV10-1121 DOC (PLAx) |
| Plaintiffs, | **ORDER APPROVING STIPULATED PROTECTIVE ORDER** |
| vs. | |
| TARGET CORPORATION and DOES 1 to 10, | **DAVID O. CARTER, U.S. DISTRICT JUDGE** |
| Defendants. | |

On or about December 8, 2010, the parties to the within action submitted a proposed STIPULATED PROTECTIVE ORDER which is intended to protect the following confidential and proprietary documents ("Confidential Material"), which constitute or contains trade secrets or other confidential research, development, or commercial information of Defendant TARGET STORES, a division of TARGET CORPORATION, and that will be disclosed in the course of the above-captioned lawsuit ("Lawsuit"):

- Team Member Handbook ("Welcome to Team Target") eff. January 2007 - present (hourly);

- Team Member Handbook eff. January 2007 - December 2007 (Executive);
- Spill Clean Up Procedures eff. May 2003 - present;
- New Team Member Orientation – DVD – eff. 08/2009; and
- Floor Brand Maintenance Guide eff. 2/2007 - 0/2008.

Having considered the stipulation between Plaintiffs MARY ORSAK and JOSEPH ORSAK and Defendant TARGET STORES, a division of TARGET CORPORATION, and good cause appearing:

IT IS HEREBY ORDERED that the proposed STIPULATED PROTECTIVE ORDER is approved.

Dated:  December 9, 2010  _____

Paul L. Abrams
UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] ORDER APPROVING STIPULATED PROTECTIVE ORDER**